THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARMEN JOHN PERRI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MAYFLOWER PARK HOTEL, INC.,<br><br>　　　　　Defendant. | No. 2:19-cv-00132-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT IN RE: PERRI v. 621 APARTMENTS, LLC**<br><br>**(RELATING TO No: 2:19-cv-00139-JLR)**<br><br>**NOTE ON MOTION CALENDAR: MAY 16, 2019** |
| CARMEN JOHN PERRI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>425 QUEEN ANNE, LLC,<br><br>　　　　　Defendant. | No. 2:19-cv-00137-JLR |

STIPULATION AND [PROPOSED] ODER TO EXTEND
DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT
– Page 1

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| | | |
|---|---|---|
| 1 | CARMEN JOHN PERRI, | No: 2:19-cv-00139-JLR |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | 621 APARTMENTS, LLC, | |
| 5 | Defendant. | |
| 6 | CARMEN JOHN PERRI, | No: 2:19-cv-00144-JLR |
| 7 | Plaintiff, | |
| 8 | v. | |
| 9 | SORRENTO HOTEL PARTNERSHIP, | |
| 10 | Defendant. | |
| 11 | CARMEN JOHN PERRI, | No: 2:19-cv-00297-JLR |
| 12 | Plaintiff, | |
| 13 | v. | |
| 14 | 2301 THIRD AVENUE, LP, | |
| 15 | Defendant. | |

Plaintiff Carmen John Perri ("Plaintiff") and defendant 621 Apartments, LLC ("Defendant"), by and through their undersigned counsel, hereby stipulate to an extension of the time for Defendant to answer or otherwise respond to the Complaint [Dkt. No. 1, Case No. C19-0139JLR] to June 21, 2019, to further facilitate the prospect of settlement discussions.

The Parties hereby submit that good cause exists for extension of the time for Defendant to answer or otherwise respond to the Complaint, as follows.

1. Plaintiff filed the Complaint on January 30, 2019.

2. Defendant received the Summons and Complaint in early February, 2019.

STIPULATION AND [PROPOSED] ODER TO EXTEND
DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT
– Page 2

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

3. Defendant's counsel was first retained in this matter on April 18, 2019, and filed a Notice of Appearance on April 19, 2019.

4. Plaintiff has made a settlement demand, and, to allow Defendant through newly-retained counsel the opportunity to consider the settlement demand, the parties agreed to an extension of the deadline for Defendant to respond to the Complaint to May 21, 2019 and filed a stipulation to that effect on May 9, 2019.

5. Currently, the parties are actively engaged in settlement discussions and request that the deadline for Defendant to respond to the Complaint by extended to June 21, 2019, to facilitate such discussions by allowing more time before Defendant undertakes the expense of preparing a response to the Complaint.

DATED this 17th day of May, 2019.

*s/ Todd T. Williams*
Todd T. Williams, WSBA No. 45032
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600
Fax: (206) 625-0900
E-mail: twilliams@corrcronin.com
Attorney for Defendant

*s/ Dan N. Fiorito*
Dan N. Fiorito, WSBA No. 34009
THE LAW OFFIC EOF DAN N. FIORITO III
844 NW 48th Street
Seattle, Washignton 98107
Telephone: (206) 299-1582
Fax: (206) 770-7590
Email: dan@danfiorito.com
Attorney for Plaintiff

STIPULATION AND [PROPOSED] ODER TO EXTEND
DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT
– Page 3

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED this 17th day of May, 2019.

_____
HONORABLE JAMES L. ROBART
United States District Judge

Presented by:

CORR CRONIN LLP

*s/ Todd T. Williams*
Todd T. Williams, WSBA No. 45032
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
Phone: (206) 625-8600
Fax: (206) 625-0900
twilliams@corrcronin.com

*Attorneys for Defendant*


COZEN O'CONNOR

*s/ Dan N. Fiorito*
Dan N. Fiorito, WSBA No. 34009
THE LAW OFFIC EOF DAN N. FIORITO III
844 NW 48th Street
Seattle, Washignton 98107
Telephone: (206) 299-1582
Fax: (206) 770-7590
Email: dan@danfiorito.com
Attorney for Plaintiff

*Attorneys for Plaintiff*

STIPULATION AND [PROPOSED] ODER TO EXTEND
DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT
– Page 4

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1568 00001 je16fq28gs