THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARMEN JOHN PERRI,<br><br>    Plaintiff,<br><br>v.<br><br>MAYFLOWER PARK HOTEL, INC.,<br><br>    Defendant. | No. 2:19-cv-00132-JLR<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**(RELATING TO No: 2:19-cv-00132-JLR)**<br><br>*Clerk's Action Required* |
| CARMEN JOHN PERRI,<br><br>    Plaintiff,<br><br>v.<br><br>425 QUEEN ANNE, LLC,<br><br>    Defendant. | No. 2:19-cv-00137-JLR |

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE - 1
No. 2:19-cv-00132-JLR

THE LAW OFFICE OF DAN N. FIORITO III
844 NW 48th Street
Seattle, Washington 98107
Tel (206) 299-1582
Fax (206) 770-7590

| | | |
|---|---|---|
| 1 | CARMEN JOHN PERRI, | No: 2:19-cv-00139-JLR |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | 621 APARTMENTS, LLC, | |
| 5 | Defendant. | |
| 6 | CARMEN JOHN PERRI, | No: 2:19-cv-00144-JLR |
| 7 | Plaintiff, | |
| 8 | v. | |
| 9 | SORRENTO HOTEL PARTNERSHIP, | |
| 10 | Defendant. | |
| 11 | CARMEN JOHN PERRI, | No: 2:19-cv-00297-JLR |
| 12 | Plaintiff, | |
| 13 | v. | |
| 14 | 2301 THIRD AVENUE, LP, | |
| 15 | Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties, Carmen John Perri and the Mayflower Park Hotel, Inc., through their designated counsel, that the court dismiss with prejudice Case No. 2:19-cv-00132-JLR (including all claims and counterclaims asserted and assertable) and without award of costs or attorneys' fees to either party.

//

//

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE - 2
No. 2:19-cv-00132-JLR

THE LAW OFFICE OF DAN N. FIORITO
III
844 NW 48th Street
Seattle, Washington 98107
Tel (206) 299-1582
Fax (206) 770-7590

Dated: May 22, 2019

LAW OFFICES OF DAN FIORITO III

By: /s/ *Dan Fiorito III*
    Dan Fiorito III, WSBA #34009
    Attorney for Plaintiff

Dated: May 22, 2019

BUCHALTER, A Professional Corporation

By: /s/ *David C. Spellman*
    David C. Spellman, WSBA #15884
    Attorneys for Defendant

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE - 3
No. 2:19-cv-00132-JLR

THE LAW OFFICE OF DAN N. FIORITO III
844 NW 48th Street
Seattle, Washington 98107
Tel (206) 299-1582
Fax (206) 770-7590

IT IS SO ORDERED:

Dated this 24th day of May, 2019.

Honorable James L. Robart
United States District Court Judge

Presented by:

BUCHALTER

/s/ David C. Spellman
David C. Spellman, WSBA #15884
Attorney for Defendant

Approved as to Form and Notice of Presentation Waived:

/s/ Dan Fiorito III
Dan Fiorito III, WSBA #34009
Attorney for Plaintiff

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE - 4
No. 2:19-cv-00132-JLR

THE LAW OFFICE OF DAN N. FIORITO III
844 NW 48th Street
Seattle, Washington 98107
Tel (206) 299-1582
Fax (206) 770-7590