THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARMEN JOHN PERRI,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MAYFLOWER PARK HOTEL, INC.,<br><br>　　　　　　Defendant. | No. 2:19-cv-00132-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT IN RE: PERRI v. 621 APARTMENTS, LLC**<br><br>**(RELATING TO No: 2:19-cv-00139-JLR)**<br><br>**NOTE ON MOTION CALENDAR: JUNE 20, 2019** |
| CARMEN JOHN PERRI,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>425 QUEEN ANNE, LLC,<br><br>　　　　　　Defendant. | No. 2:19-cv-00137-JLR |

STIPULATION AND [PROPOSED] ODER TO EXTEND
DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT
– Page 1

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| | | |
|---|---|---|
| 1 | CARMEN JOHN PERRI, | No: 2:19-cv-00139-JLR |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | 621 APARTMENTS, LLC, | |
| 5 | Defendant. | |
| 6 | CARMEN JOHN PERRI, | No: 2:19-cv-00144-JLR |
| 7 | Plaintiff, | |
| 8 | v. | |
| 9 | SORRENTO HOTEL PARTNERSHIP, | |
| 10 | Defendant. | |
| 11 | CARMEN JOHN PERRI, | No: 2:19-cv-00297-JLR |
| 12 | Plaintiff, | |
| 13 | v. | |
| 14 | 2301 THIRD AVENUE, LP, | |
| 15 | Defendant. | |

Plaintiff Carmen John Perri ("Plaintiff") and defendant 621 Apartments, LLC ("Defendant"), by and through their undersigned counsel, hereby stipulate to an extension of the time for Defendant to answer or otherwise respond to the Complaint [Dkt. No. 1, Case No. C19-0139JLR] to July 19, 2019, to further facilitate the prospect of settlement discussions.

The Parties hereby submit that good cause exists for extension of the time for Defendant to answer or otherwise respond to the Complaint, as follows.

1. Plaintiff filed the Complaint on January 30, 2019.

2. Defendant received the Summons and Complaint in early February, 2019.

STIPULATION AND [PROPOSED] ODER TO EXTEND
DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT
– Page 2

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

3. Defendant's counsel was first retained in this matter on April 18, 2019, and filed a Notice of Appearance on April 19, 2019.

4. The parties remain actively engaged in settlement discussions and request that the deadline for Defendant to respond to the Complaint by extended to July 21, 2019, to facilitate such discussions by allowing more time before Defendant undertakes the expense of preparing a response to the Complaint.

DATED this 20th day of June, 2019.

*s/ Todd T. Williams*
Todd T. Williams, WSBA No. 45032
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600
Fax: (206) 625-0900
E-mail: twilliams@corrcronin.com

*Attorney for Defendant 621 Apartments, LLC*

*s/ Dan N. Fiorito*
Dan N. Fiorito, WSBA No. 34009
THE LAW OFFICE OF DAN N. FIORITO III
844 NW 48th Street
Seattle, Washignton 98107
Telephone: (206) 299-1582
Fax: (206) 770-7590
Email: dan@danfiorito.com

*Attorney for Plaintiff Carmen John Perri*

STIPULATION AND [PROPOSED] ODER TO EXTEND
DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT
– Page 3

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED this 25th day of June, 2019.

_____
HONORABLE JAMES L. ROBART
United States District Judge

Presented by:

CORR CRONIN LLP

*s/ Todd T. Williams*
Todd T. Williams, WSBA No. 45032
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
Phone: (206) 625-8600
Fax: (206) 625-0900
twilliams@corrcronin.com

*Attorneys for Defendant 621 Apartments, LLC*

THE LAW OFFICE OF DAN N. FIORITO III

*s/ Dan N. Fiorito*
Dan N. Fiorito, WSBA No. 34009
844 NW 48th Street
Seattle, Washignton 98107
Telephone: (206) 299-1582
Fax: (206) 770-7590
Email: dan@danfiorito.com

*Attorneys for Plaintiff Carmen John Perri*

STIPULATION AND [PROPOSED] ODER TO EXTEND
DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT
– Page 4

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1568 00001 je16fq28gs