UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARMEN JOHN PERRI,<br><br>            Plaintiff,<br>  v.<br><br>MAYFLOWER PARK HOTEL, INC.<br><br>            Defendant. | CASE NO. C19-0132JLR<br><br>ORDER<br>(RELATING ONLY TO CASE NO. C19-0297JLR) |
| CARMEN JOHN PERRI,<br><br>            Plaintiff,<br>  v.<br><br>425 QUEEN ANNE, LLC.<br><br>            Defendant. | CASE NO. C19-0137JLR |

| | |
|---|---|
| CARMEN JOHN PERRI,<br><br>Plaintiff,<br>v.<br><br>621 APARTMENTS, LLC,<br><br>Defendant. | CASE NO. C19-0139JLR |
| CARMEN JOHN PERRI,<br><br>Plaintiff,<br>v.<br><br>SORRENTO HOTEL PARTNERSHIP,<br><br>Defendant. | CASE NO. C19-0144JLR |
| CARMEN JOHN PERRI,<br><br>Plaintiff,<br>v.<br><br>2301 THIRD AVENUE, LP,<br><br>Defendant. | CASE NO. C19-0297JLR |

Federal Rule of Civil Procedure 4 requires a plaintiff to serve the defendant with a summons and a copy of the plaintiff's complaint and sets forth the specific requirements for doing so. *See* Fed. R. Civ. P. 4. Rule 4(m), which provides the timeframe in which service must be effectuated, states in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be

      made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

*Id*. Here, Plaintiff has failed to serve Defendant 2301 Third Avenue, LP with a summons and a copy of Plaintiff's complaint within the timeframe provided in Rule 4(m).

      Accordingly, the court ORDERS Plaintiff to SHOW CAUSE within ten (10) days of the date of this order why Case No. C19-0297JLR should not be dismissed for failure to comply with Rule 4(m). If Plaintiff does not demonstrate good cause for the failure, the court will dismiss the action without prejudice.

      Dated this 3rd day of July, 2019.

The Honorable James L. Robart
U.S District Court Judge

ORDER - 3