UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARMEN JOHN PERRI,<br><br>        Plaintiff,<br>  v.<br><br>MAYFLOWER PARK HOTEL, INC.<br><br>        Defendant. | CASE NO. C19-0132JLR<br><br>SHOW CAUSE MINUTE ORDER (RELATING TO ALL CASES) |
| CARMEN JOHN PERRI,<br><br>        Plaintiff,<br>  v.<br><br>425 QUEEN ANNE, LLC.<br><br>        Defendant. | CASE NO. C19-0137JLR |

|  |  |
|---|---|
| CARMEN JOHN PERRI, | CASE NO. C19-0139JLR |
| Plaintiff, | |
| v. | |
| 621 APARTMENTS, LLC, | |
| Defendant. | |
| CARMEN JOHN PERRI, | CASE NO. C19-0144JLR |
| Plaintiff, | |
| v. | |
| SORRENTO HOTEL PARTNERSHIP, | |
| Defendant. | |
| CARMEN JOHN PERRI, | CASE NO. C19-0297JLR |
| Plaintiff, | |
| v. | |
| 2301 THIRD AVENUE, LP, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart, U.S. District Judge:

It is ORDERED that counsel show cause by July 15, 2019, why the above consolidated actions should not be dismissed for failing to comply with Order Regarding Initial Disclosures, Joint Status Report and Early Settlement (Dkt. # 12). Although Plaintiff Carmen John Perri and Defendant 621 Apartments, LLC filed a Joint Status

Report in C19-0139JLR (Dkt. # 14 in C19-0139JLR), the parties failed to file a consolidated report signed by all counsel in C19-0132JLR in accordance with the Order of Consolidation (Dkt. # 10).  Absent a timely response to this Order, the action SHALL BE DISMISSED without prejudice.

Filed and entered this 3rd day of July, 2019.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk