UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARMEN JOHN PERRI,<br><br>        Plaintiff,<br>  v.<br><br>MAYFLOWER PARK HOTEL, INC.<br><br>        Defendant. | CASE NO. C19-0132JLR<br><br>ORDER REGARDING DISMISSAL OF DEFENDANT 425 QUEEN ANNE, LLC |
| CARMEN JOHN PERRI,<br><br>        Plaintiff,<br>  v.<br><br>425 QUEEN ANNE, LLC.<br><br>        Defendant. | CASE NO. C19-0137JLR |

ORDER - 1

| | |
|---|---|
| CARMEN JOHN PERRI, | CASE NO. C19-0139JLR |
| Plaintiff, | |
| v. | |
| 621 APARTMENTS, LLC, | |
| Defendant. | |
| CARMEN JOHN PERRI, | CASE NO. C19-0144JLR |
| Plaintiff, | |
| v. | |
| SORRENTO HOTEL PARTNERSHIP, | |
| Defendant. | |
| CARMEN JOHN PERRI, | CASE NO. C19-0297JLR |
| Plaintiff, | |
| v. | |
| 2301 THIRD AVENUE, LP, | |
| Defendant. | |

On August 15, 2019, Plaintiff Carmen John Perri and Defendant 425 Queen Anne LLC ("425 Queen Anne") filed a joint motion to dismiss 425 Queen Anne in case number C19-0137JLR. *See Perri v. 425 Queen Anne LLC*, No. C19-0137JLR (W.D. Wash.), Dkt. # 20. The court granted the motion. *See id.*, Dkt. # 21. The court's order consolidating case numbers C19-0132JLR, C19-0137JLR, C19-0139JLR, C19-0144JLR, and C19-0297JLR required that "[a]ll future pleadings or other filings in any of the

| | |
|---|---|
| 1 | consolidated . . . shall be filed on the docket in Civil Case No. C19-0132JLR." |
| 2 | (Consolidation Order (Dkt. # 18) at 2.)  Thus, the parties' filing of their joint motion to |
| 3 | dismiss 425 Queen Anne in case number C19-0137JLR violated the court's consolidation |
| 4 | order.  The court has already issued several orders to show cause in the consolidated and |
| 5 | individual cases for Plaintiff's failure to comply with the court's rules or orders.  (*See,* |
| 6 | *e.g.*, 4/24/19 OSC (Dkt. # 7); 5/14/19 OSC (Dkt. # 13); 7/3/19 OSC1 (Dkt. # 24); 7/3/19 |
| 7 | OSC2 (Dkt. # 25)); *see also Perri v. 425 Queen Anne LLC*, No. C19-0137JLR (W.D. |
| 8 | Wash.), Dkt. # 15; *Perri v. 621 Apartments LLC*, No. C19-0139JLR (W.D. Wash.), Dkt. |
| 9 | # 7; *Perri v. Sorrento Hotel P'ship*, No. C19-0144JLR (W.D. Wash.), Dkt. # 7; *Perri v.* |
| 10 | *2301 Third Avenue LP*, No. C19-0297JLR, Dkt. # 5.  There errors are consuming judicial |
| 11 | resources.  Accordingly, the court warns counsel that further violations of its rules or |
| 12 | orders will result in sanctions. |
| 13 | Because the court has granted Mr. Perri and 425 Queen Anne's joint stipulated |
| 14 | motion for dismiss 425 Queen Anne, *see Perri v. 425 Queen Anne LLC*, No. |
| 15 | C19-0137JLR (W.D. Wash.), Dkt. # 21, the court DIRECTS the clerk to terminate 425 |
| 16 | Queen Anne as party in the consolidated action. |
| 17 | Dated this 16th day of August, 2019. |

JAMES L. ROBART
United States District Judge

ORDER - 3