The Honorable John L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARMEN JOHN PERRI,<br><br>Plaintiff,<br><br>v.<br><br>MAYFLOWER PARK HOTEL, INC.,<br><br>Defendant. | Case No.: 19-0132 JLR<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO C19-0144**<br><br>*(CLERK'S ACTION REQUIRED)* |
| CARMEN JOHN PERRI,<br><br>Plaintiff,<br><br>v.<br><br>THE SORRENTO HOTEL PARTNERSHIP,<br><br>Defendant. | Case No. C19-0144 JLR |
| CARMEN JOHN PERRI,<br><br>Plaintiff,<br><br>v.<br><br>425 QUEEN ANNE, LLC,<br><br>Defendant. | Case No. C19-0137 JLR |

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE - 1
CASE NO.: 19-0132

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

| | |
|---|---|
| CARMEN JOHN PERRI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>2301 THIRD AVENUE, LP,<br><br>　　　　　Defendant. | Case No. C19-0297 JLR |
| CARMEN JOHN PERRI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>621 APARTMENTS, LLC,<br><br>　　　　　Defendant. | Case No. C19-0139 JLR |

IT IS HEREBY STIPULATED AND AGREED by the parties, Carmen John Perri and The Sorrento Hotel Partnership, through their designated counsel, that Case Number C19-0144 (including all claims and counterclaims asserted and assertable) against the Sorrento Hotel Partnership and any entity associated with them, be dismissed with prejudice and without award of costs or attorneys' fees to any party.

Dated: August 16, 2019

LAW OFFICES OF DAN FIORITO III

By: /s/ *Dan Fiorito III*
　　Dan Fiorito III, WSBA #34009
　　Attorney for Plaintiff

Dated: August 16, 2019

BUCHALTER, A Professional Corporation

By: /s/ *David C. Spellman*
　　David C. Spellman, WSBA #15884
　　Attorneys for Defendant

//

//

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE - 2
CASE NO. 19-CV-0132

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052

IT IS SO ORDERED:

Dated this 19th day of August, 2019.

Honorable James L. Robart
United States District Court Judge

Presented by:

BUCHALTER

/s/ *David C. Spellman*
David C. Spellman, WSBA #15884
Attorney for Defendant

Approved as to Form and Notice of Presentation Waived:

/s/ *Dan Fiorito III*
Dan Fiorito III, WSBA #34009
Attorney for Plaintiff

BN 37345925v1

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE - 3
CASE NO. 19-CV-0132